Others, Defendants, and CORNAGA AVENUE HOLDING CORPORATION, Appellant. — Order affirmed, with ten dollars costs and disbursements. The appellant being a corporation, section 150 of the General Corporation Law* the appointment of a receiver where the income of the property is specifically mortgaged, and this is so without regard to whether or not the property itself is sufficient to pay the mortgage debt. The consent in the mortgage that an application for the appointment of a receiver might be made without notice must be given effect under section 975 of the Civil Practice Act. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

ABRAHAM LAPIDES, Appellant, v. ROSE H. LAPIDES, Respondent.†— Judgment reversed upon the law and the facts, without costs, and judgment directed in favor of plaintiff, without costs. The evidence fairly preponderates in support of the allegations of the plaintiff, and, therefore, the complaint should not have been dismissed, but, on the contrary, judgment should have been granted for the relief demanded. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Young, Kapper and Carswell, JJ., concur; Lazansky, P. J., concurs for reversal but votes for a new trial; Hagarty, J., dissents and votes to affirm. Settle order on notice.

JOSEPH MANDELBERG and FRED BLANDER, Respondents, v. ANNA COHN, Appellant. (Appeal No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

JOSEPH MANDELBERG and FRED BLANDER, Respondents, v. ANNA COHN, Appellant. (Appeal No. 2.) — Order denying defendant's motion for a new trial on the ground of newly-discovered evidence unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

HARRY MANNOS, Appellant, v. HENRY JUEHRS, Respondent, and Another, Defendant.— Order and judgment reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to respondent to answer within twenty days from service of a copy of the order herein upon such payment. The amended complaint sufficiently sets forth a cause of action for the specific performance of an oral contract for a renewal lease which has been performed by the plaintiff on his part. This part performance is sufficient to take the case out of the Statute of Frauds.‡ Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

DUNCAN MCCORKINDALE, Appellant, v. NASSAU BUS LINE, INC., and Another, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ELAINE MOOS, an Infant, by LEON S. MOOS, Her Guardian ad Litem, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment, as amended, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

LEON S. MOOS, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment, as amended, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

---

† Revd., 254 N. Y. 73.
‡ See Real Prop. Law, §§ 242, 259, 270.— [REP.